JONES v. HAMILL, appellant.

APPEAL from a judgment in favor of plaintiff in an action tried at the Kings circuit without a jury.

*J. F. Malcolm* and *S. Jones*, for appellant.

*Richard H. Huntley*, for respondent.

TAPPEN, J.

The judgment in this action was affirmed on the ground that the evidence sustained the finding of the court.